IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON HILL, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE BOROUGH OF DOYLESTOWN et al., | : | No. 14-2975 |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 22nd day of April, 2015, upon consideration of the Defendants' Partial Motion to Dismiss (Docket No. 6), **the Court hereby ORDERS** that:

1. The Partial Motion to Dismiss (Docket No. 6) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. The Motion is **DENIED** so that the following claims remain against Sergeant Paul Kreuter, Officer Hotham, and John Does 1-6:

        i. The claim for excessive force in Count I;

        ii. The claim for "bystander liability" in Count II; and

        iii. The claims for assault, battery, and intentional infliction of emotional distress in Count V;

    b. The Motion is **GRANTED** as to all other claims in the Complaint (Docket No. 1), including:

        i. Counts III, IV, VI, and VII of the Complaint (Docket No. 1), which are **DISMISSED**; and

        ii. Any and all claims against the Borough of Doylestown, the Central Bucks Regional Police Department, James Donnelly (in his individual and official

1

capacities), Plumstead Township, Plumstead Township Police Department, and Duane Hasenauer (in his individual and official capacities), which are **DISMISSED**; and

c. The Borough of Doylestown, the Central Bucks Regional Police Department, James Donnelly (in his individual and official capacities), Plumstead Township, Plumstead Township Police Department, and Duane Hasenauer (in his individual and official capacities) shall be **REMOVED AS DEFENDANTS** in the above-captioned matter.

2. The Clerk of Court shall **MAIL A COPY OF THIS ORDER** to Mr. Hill at each of the following addresses:

> Jason Hill
> T-23
> 1730 S. Easton Road
> Doylestown, PA 18901
> Bucks County Correctional Facility

and

> Jason Hill
> 5 Manor Drive
> Richboro, PA 18954.

BY THE COURT:

/s/ GENE E.K. PRATTER
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

2